**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 13, 2022**

_____

**Christopher M. Wolpert**
**Clerk of Court**

CROWN ASSET MANAGEMENT,

    Petitioner,

v.

CALEB CHAMBERLAIN, on behalf of
Plaintiffs and Class; KRISTOPHER
TRINDER, on behalf of Plaintiffs and
Class,

    Respondents.

No. 22-602
(D.C. No. 1:21-CV-00146-DAK-JCB)
(D. Utah)

_____

**ORDER**

_____

Before **MATHESON**, **BRISCOE**, and **CARSON**, Circuit Judges.

_____

To correct a scrivener's error in the issuance of its October 7, 2022 order, the court

hereby reissues that order nunc pro tunc as follows:

This matter is before the court on: (1) Crown Asset Management, LLC's _Petition_

_for Discretionary Interlocutory Appeal_, in which Crown seeks leave under Federal Rule

of Appellate Procedure 5 and 28 U.S.C. § 1292(b) to file an interlocutory appeal of the

district court's _Memorandum Decision and Order Denying Defendant's Motion to_

_Reassign Case, Granting in Part and Denying in Part Defendant's Motion to Dismiss_

[ECF No. 44]; (2) Caleb Chamberlain and Kristopher Trinder's response to Crown's

petition; (3) Crown's motion for leave to file a reply brief in support of its petition, which

attaches its proposed reply; (4) respondents' response in opposition to Crown's motion for leave to file a reply brief, which includes an alternative request for leave to file a sur-reply; and (5) respondents' proposed sur-reply.

As a preliminary matter, the court grants the parties' respective motions for leave to file a reply and sur-reply and directs its Clerk to file those documents as of the date each was received.

Upon careful consideration of the § 1292(b) standard and the district court's order, however, the court:

A.    Concludes that an exercise of its discretion to allow an immediate appeal is not warranted; and

B.    Denies Crown's petition for permission to appeal.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
    Counsel to the Clerk